IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Banks, Deryl R | Case Number: 05 B 17417 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 5/20/08 | Filed: 5/3/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 9, 2008
Confirmed: June 15, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,975.00 | |
| Secured: | | 16,790.55 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 984.45 |
| Other Funds: | | 0.00 |
| Totals: | 19,975.00 | 19,975.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,200.00 | 2,200.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 4,040.62 | 1,928.20 |
| 5. | Bloom Township High School Credit Union | Secured | 28,129.47 | 14,862.35 |
| 6. | Capital One | Unsecured | 596.68 | 0.00 |
| 7. | Capital One Auto Finance | Unsecured | 11,692.15 | 0.00 |
| 8. | National Quick Cash | Unsecured | 461.20 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 153.28 | 0.00 |
| 10. | Capital One | Unsecured | 653.62 | 0.00 |
| 11. | First Payday Loan | Unsecured | | No Claim Filed |
| 12. | Kmart Corp | Unsecured | | No Claim Filed |
| 13. | Citibank | Unsecured | | No Claim Filed |
| 14. | Illinois Indiana EMI Med Serv | Unsecured | | No Claim Filed |
| 15. | Sun Cash | Unsecured | | No Claim Filed |
| | | | $ 47,927.02 | $ 18,990.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 93.00 |
| 5.5% | 365.76 |
| 5% | 58.74 |
| 4.8% | 174.00 |
| 5.4% | 292.95 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Banks, Deryl R

Printed: 5/20/08

Case Number: 05 B 17417
Judge: Squires, John H
Filed: 5/3/05

_____
$ 984.45

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

